IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RODNEY DEMETRIUS FLOWERS,         )
                                  )
            Petitioner,            )
                                  )
    v.                             )        1:13CV1021
                                  )
GUILFORD COUNTY,                   )
                                  )
            Respondent.            )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on December 4, 2013, was served on the parties in this action. Plaintiff filed timely objections (Doc. 7) to the Recommendation. In his objections, Petitioner concedes that he is no longer in custody. (Doc. 7 at 1.)

The court has reviewed the Plaintiff's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 5), which is affirmed and adopted.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

                              /s/   Thomas D. Schroeder
                              United States District Judge

January 24, 2014